NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAKIM WILBURN, | : | CIV. NO. 25-13524 (RMB) |
| Petitioner | : | **OPINION** |
| v. | : | |
| R. THOMPSON, WARDEN, | : | |
| Respondent | : | |

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Hakim Wilburn, a federal inmate incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking calculation and application of his earned First Step Act time credits ("FSA Time Credits") under 18 U.S.C. § 3632(d)(4)(b)(ii), commencing on the date he was sentenced. (Petition, Dkt. No. 1.) Respondent filed a letter in lieu of an answer, seeking dismissal of the petition as moot. (Letter, Dkt. No. 9.) For the reasons set forth below, the Court will dismiss the petition.

I.  BACKGROUND

Petitioner alleges the Bureau of Prisons ("BOP") violated the First Step Act, 18 U.S.C. § 3632(d)(4)(b)(ii), by determining that his eligibility to earn FSA time credits did not commence until he arrived at the designated facility for service of his

1

sentence on August 5, 2021, rather than upon imposition of his federal sentence on December 3, 2020.  (Petition ¶ 13.)  For relief, Petitioner seeks an order compelling the BOP to calculate and apply his FSA time credits earned since December 3, 2020, through the date he arrived at the facility to commence his sentence.  (*Id.*, ¶ 15.)

II.   DISCUSSION

A habeas corpus petition under § 2241 must present a live "case" or "controversy" under Article III of the U.S. Constitution.  A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief.  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996).  In this case, the BOP granted Petitioner the relief he requested.  (Declaration of Alisha Gallagher[1] ¶ 5 ("Gallagher Dep."), Dkt. No. 9-1; Exhibits 1-4, Dkt. Nos. 9-2 through 9-5.)  BOP updated Petitioner's FSA worksheet to reflect that he became eligible to earn FSA time credits on December 3, 2000, which resulted in application of 135 additional days of earned FSA time credits.  (Gallagher Decl., ¶ 5; Exhibit 4.)  Because no case or controversy remains, the petition is moot.

III.   CONCLUSION

The petition no longer presents a justiciable controversy. Accordingly, it will be dismissed.  An appropriate Order follows.

---

[1] Alisha Gallagher is a Senior Attorney at FCI Fort Dix.

**DATE: <u>January 13, 2026</u>**

<u>s/Renée Marie Bumb</u>  
RENÉE MARIE BUMB  
Chief United States District Judge
